PEOPLE *v.* TURNER

Appeal from Monroe, James J. Kelley, Jr., J. Submitted Division 2 January 28, 1969, at Lansing. (Docket No. 5,254.)  Decided February 27, 1969.

Paul Edward Turner was convicted of felonious driving.  Defendant appeals.  Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Paul E. Braunlich,* Prosecuting Attorney, for the people.

*Orion P. Barron,* for defendant on appeal.

BEFORE: QUINN, P. J., and McGREGOR and BRONSON, JJ.

PER CURIAM.  Defendant was tried by a jury and convicted of felonious driving contrary to MCLA § 752.191 (Stat Ann 1954 Rev § 28.661).  On appeal it is contended that the lower court erred in its instructions to the jury.  The people have filed a motion to affirm the conviction.

No objection being made during trial, the question is not properly preserved for appellate review, GCR 1963, 516.2.  The question presented is so unsubstantial that it requires no formal argument or submission.